Jason Crews
164 W. Laurel Ct.
Gilbert, AZ 85233
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews,<br><br>                Plaintiff,<br><br>v.<br><br>God Family Home Solutions, LLC *et al*.<br>                Defendants. | Case No.: CV24-00109-PHX-JJT<br><br><br>Request For Entry of Default for God Family Home Solutions, LLC |

Pursuant to Federal Rule of Civil Procedure ("Rule") 55(a) Plaintiff, Jason Crews ("Crews"), respectfully requests that the Clerk of the Court enter a default against God Family Home Solutions, LLC. In support of his request, Crews states as follows:

- The summons for God Family Home Solutions, LLC was issued January 18, 2024.
- Service was waived by God Family Home Solutions, LLC on pursuant to Rule 4(d)(1) waiver on February 21, 2024, Doc. 11.
- Proof of waiver of service was filed for God Family Home Solutions, LLC on February 22, 2024, Doc.11.
- Pursuant to Rule 4(d)(1)(F) God Family Home Solutions, LLC had 60 days to serve their answer.

1

- No answer, motion or responsive pleading has been filed within the time limit fixed by the court.
- God Family Home Solutions, LLC is a corporation, and it is neither an infant nor an incompetent person. Moreover, I have queried the Department of Defense's SCRA website, and it has indicated that it is not currently in the military service of the United States.

Dated this April 21, 2024.

/s/*Jason Crews*

Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the forgoing were mailed via USPS to
God Family Home Solutions, LLC
9140 Swinton,
North Hills, CA 91343

By: /s/*Jason Crews*

Jason Crews