Jason Crews
164 W. Laurel Ct.
Gilbert, AZ 85233
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: CV24-00109-PHX-JJT |
| Plaintiff, | |
| v. | Request For Entry of Default for Fabian Murillo |
| God Family Home Solutions, LLC *et al*. | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure ("Rule") 55(a) Plaintiff, Jason Crews ("Crews"), respectfully requests that the Clerk of the Court enter a default against Fabian Murillo. In support of his request, Crews states as follows:

- The summons for Fabian Murillo was issued January 18, 2024.
- Service was waived by Fabian Murillo on pursuant to Rule 4(d)(1) waiver on February 20, 2024, Doc. 10.
- Proof of waiver of service was filed for Fabian Murillo on February 22, 2024, Doc.10.
- Pursuant to Rule 4(d)(1)(F) Fabian Murillo had 60 days to serve their answer.
- No answer, motion or responsive pleading has been filed within the time limit fixed by the court.

1

- Fabian Murillo is the managing member of God Family Home Solutions, LLC, and plaintiff has no reason to believe he is either an infant nor an incompetent person. Moreover, I have queried the Department of Defense's SCRA website, and it has indicated that Fabian Murillo is not currently in the military service of the United States.

Dated this April 21, 2024.

                /s/*Jason Crews*
                Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the forgoing were mailed via USPS to
Fabian Murillo
9140 Swinton,
North Hills, CA 91343

By:   /s/*Jason Crews*
    Jason Crews