Jason Crews
164 W. Laurel Ct.
Gilbert, AZ 85233
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: CV24-00109-PHX-JJT |
| Plaintiff, | |
| v. | Declaration of Jason Crews |
| God Family Home Solutions, LLC *et al*. | In Support of Entry of Default for Fabian Murillo |
| Defendants. | |

1. My name is Jason Crews. I am over 18 years old. I can testify competently to the undersigned statements.

2. The Defendant in this action, Fabian Murillo, waived service of the summons and complaint February 20, 2024.

3. Fabian Murillo was required to file an answer no later than April 20, 2024.

4. No answer has been received.

5. Fabian Murillo is the managing member of God Family Home Solutions, LLC, and plaintiff has no reason to believe he is either an infant nor an incompetent person. Moreover, I have queried the Department of Defense's SCRA website, and it has indicated that Fabian Murillo is not currently in the military service of the United States.

1

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated this April 21, 2024.

/s/*Jason Crews*

Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the forgoing were mailed via USPS to
Air Conditioning By Jay Inc
7595 E Gray Rd Ste.1,
Scottsdale, AZ 85260

By: /s/*Jason Crews*

Jason Crews