**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jason Crews,<br><br>        Plaintiff,<br><br>v.<br><br>God Family Home Solutions LLC, et al.,<br><br>        Defendants. | **NO. CV-24-00109-PHX-JJT**<br><br>**CLERK'S ENTRY OF DEFAULT** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendants God Family Home Solutions LLC and Fabian Murillo.

DEFAULT ENTERED this 23rd day of April, 2024.

Debra D. Lucas
District Court Executive/Clerk of Court

April 23, 2024

By   s/ D. Draper
     Deputy Clerk
