Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | Case No.: CV24-00109-PHX-JJT |
| Plaintiff, | |
| vs. | NOTICE OF DISMISSAL WITH PREJUDICE |
| God Family Home Solutions, LLC, *et al.* | |
| Defendant(s) | |

With Defendant Ronald DeSantis neither having answered nor filed a motion to dismiss or for summary judgment, Plaintiff Jason Crews, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the action **with prejudice**, with each party to bear its own costs, attorney's fees, and all other fees.  See e.g. Bailey v. Shell Western E&P, Inc., 609 F.3d 710, 719 (5th Cir. 2010) (holding the plaintiff has the "absolute right" to a Rule 41(a)(1) dismissal, which right "may not be extinguished or circumscribed by adversary our court") (internal quotation marks and citations omitted).

Dated this March 29, 2025.

/s/*Jason Crews*

Jason Crews

1

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the forgoing were mailed via email to

fabianmurillo53@yahoo.com

By: _____/s/*Jason Crews*_____

    Jason Crews